*Samuel B. Waterman* and *Arnold E. Rosenblum* for appellant.
*Frank G. Wittenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

JAMES P. GARIPPA, Respondent, *v.* ISIDORE WISOTSKY et al., Appellants.

Argued January 12, 1953; decided March 6, 1953.

*John F. X. Finn, William S. O'Connor, Archie B. Morrison* and *Robert A. Dwyer* for appellants.

*Bernard Meyerson* and *Herman E. Hoberman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.